IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SERGIO MENDEZ JUAREZ,             )
                                  )
             Plaintiff,           )
                                  )
     v.                           )    1:14CV821
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
             Defendant(s).        )

**ORDER**

On October 3, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  Plaintiff timely filed an objection (Doc. 4) to the Recommendation.

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's Recommendation.  The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint or habeas petition, on the proper forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

                                            /s/   Thomas D. Schroeder
                                        United States District Judge
October 31, 2014